## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK
## (SYRACUSE)

| | |
|---|---|
| **TERRI ELIZABETH NOWAKOWSKI,** *Plaintiff*, | ) 5:23-cv-00187-GTS-DJS ) ) |
| vs. | ) ) ) **Joint Stipulation for EAJA Fees** ) **(Document Filed Electronically)** |
| **KILOLO KIJAKAZ,** **ACTING COMMISIONER OF SOCIAL SECURITY,** *Defendant*. | ) ) ) |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, *Esq*., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$894.99,** pursuant to the EAJA, 28 U.S.C. § 2412. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: June 2, 2023

By: */s/ Jason P. Peck*

    Jason P. Peck
    Special Assistant U.S. Attorney
    Office of Program Litigation – 2
    Office of the General Counsel
    Social Security Administration
    Phone:  (212) 264-2493
    Duty station time zone:  Eastern
    jason.peck@ssa.gov

By: */s/ Justin M. Goldstein*

    Justin M. Goldstein
    Law Offices of Kenneth Hiller, PLLC
    6000 North Bailey Avenue - Suite 1A
    Amherst, NY 14226
    716-564-3288
    Fax: 716-332-1884
    Email: jgoldstein@kennethhiller.com

**So Ordered:**

_____
Glenn T. Suddaby
U.S. District Judge

    June 5, 2023
**DATE**